

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **I N D I C T M E N T** |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE BOYKO |
| v. | ) | CASE NO. 5:17 CR 508 |
| | ) | Title 18, Sections 875(c) and |
| WEI LI, | ) | 1512(c)(1), United States Code |
| | ) | |
| Defendant. | ) | |

## COUNT 1

The Grand Jury charges:

On or about November 6, 2017, in the Northern District of Ohio, Eastern Division, Defendant WEI LI, knowingly and willfully did transmit in interstate and foreign commerce from Cuyahoga Falls, Ohio to the State of Nevada, a communication threatening to murder his spouse and others, to wit: text messages stating, among other things:

"You will be dead.",

"I am not crazy. I am a high functioning sociopath, …",

"Automatic rifle. I can't find you, then I just sweep the place. Make it big…" and

"…We have 1000 people in our church. I will make the biggest one in history.", and other threatening text messages, with attached photographs of firearms and weapons.

All in violation of Title 18, United States Code, Section 875(c).

## COUNT 2

The Grand Jury further charges:

On or about November 10, 2017, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant WEI LI did corruptly attempt to alter, destroy, mutilate, and conceal a record, document and other object, with the intent to impair the object's integrity or availability for use in an official proceeding, to wit: WEI LI deleted text messages on his cellular telephone during an interview with Federal Bureau of Investigation agents.

All in violation of Title 18, United States Code, Section 1512(c)(1).

A TRUE BILL.

Original document  - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.